FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 OCT 12 PM 2: 1

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| **ERVIN MINCEY,** | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 605-031-02 |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## ORDER

The Court has conducted a <u>de novo</u> of the record in this case in which the Magistrate Judge has entered a Report and Recommendation. The petitioner has filed no objections to the Report and Recommendation.

**ACCORDINGLY,** the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The petitioner's motion to vacate his sentence is **DENIED.** The Clerk is hereby directed to enter the appropriate judgment and this case is closed.

**SO ORDERED** this _12_ day of October, 2010.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia