UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| ERVIN MINCEY, | ) | |
| Movant, | ) | |
| v. | ) | Case No. CV614-034 |
| | ) | CR605-031 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Because Mincey has burdened this Court with multiple successive § 2255 motions, he is **ENJOINED** from filing any further successive motions here absent explicit approval by the Eleventh Circuit Court of Appeals.

SO ORDERED this 30 day of June, 2014.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA