# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 23 AM 9: 28
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:  6:05CR00031-2 |
| Ervin Mincey | ) | |
| | ) | USM No:  12639-021 |
| Date of Original Judgment: January 17, 2007 | ) | |
| Date of Previous Amended Judgment: N/A | ) | R. Kenny Stone |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  January 17, 2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  10/23/15

_____
*Judge's signature*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*

Effective Date:  November 1, 2015
*(if different from order date)*