**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

UNITED STATES OF AMERICA,

v.

ERVIN MINCEY,

Defendant.

CASE NO.: 6:05-cr-31-2

**ORDER**

This matter is before the Court on Defendant's motion requesting early termination of supervised release, (doc. 155). The United States, after consultation with the United States Probation Office, responded to Defendant's filing and takes no position on the matter. (Doc. 156.) However, the United States' response indicates that the United States Probation Office recommends continued supervision in this case. (Id.) After careful consideration of the filings in the case and the recommendation of the United States Probation Office, the Court **DENIES** Defendant's motion for early termination of supervised release.

**SO ORDERED**, this 23rd day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA